James Shrout, d/b/a The Shrout Agency, Plaintiff-Appellant, v. McDonald's System, Inc., an Illinois Corporation, and Ray Kroc, Defendants-Appellees.

Gen. No. 51,594. (Abstract of Decision.)

First District, Second Division.

December 1, 1967.

Rehearing denied January 24, 1968.

■

Foss, Schuman & Drake, of Chicago (George C. Pontikes, of counsel), for appellant; Hume, Groen, Clement & Hume, and Jerome Gilson, of Chicago, for appellees. Opinion by JUSTICE BURKE. Not to be published in full.